UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ALLEN DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | No. 1:16-cv-00777-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 11) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall have a first extension of time of thirty (30) days, up to and including February 14, 2017, to serve his confidential letter brief.  All other deadlines set forth in the June 6, 2016 Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **January 11, 2017**                              _____
                                                                               UNITED STATES MAGISTRATE JUDGE