# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ALLEN DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-00777-SAB<br><br>ORDER REQUIRING COMMISSIONER OF SOCIAL SECURITY TO FILE A COPY OF THE ADMINISTRATIVE RECORD THAT COMPLIES WITH THE SCHEDULING ORDER<br><br>(ECF No. 10) |

This action was filed on June 3, 2016. On June 6, 2016, the scheduling order issued requiring "**The administrative record shall only be filed electronically and, to the extent practicable, provided in Optical Character Recognition ("OCR") format.**" (ECF No. 5 at 2:5-8 (emphasis in original).) It has recently come to the Court's attention that beginning around October 2016, as in this action, the administrative records were often not filed in OCR format in Social Security cases as required by the scheduling order. The Court shall require the Commissioner to file a copy of the administrative record in OCR format in this action and to verify that the transcript in all Social Security actions pending before the undersigned have been filed in OCR format.

Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of service of this order, the Commissioner shall file a copy of the administrative record in OCR

format in this action, and shall verify that the transcripts in all actions pending before the undersigned have been filed in the correct format.

IT IS SO ORDERED.

Dated: **May 16, 2017**

_____
UNITED STATES MAGISTRATE JUDGE