# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ALLEN DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-00777-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 20) |

On May 22, 2017, the parties filed a stipulation for an extension of time for Defendant to file a response to Plaintiff's opening brief. (ECF No. 20.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before June 28, 2017; and

2. Plaintiff's reply, if any, shall be filed on or before July 13, 2017.

IT IS SO ORDERED.

Dated:　**May 23, 2017**　　　　　　　　　　／s／　

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1